## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT 14420 TUKWILA INTERNATIONAL BOULEVARD, TUKWILA, WASHINGTON, KING COUNTY PARCEL NUMBER 004000-0175,<br><br>REAL PROPERTY LOCATED AT 14440 TUKWILA INTERNATIONAL BOULEVARD, TUKWILA, WASHINGTON, KING COUNTY PARCEL NUMBER 004000-0190,<br><br>REAL PROPERTY LOCATED AT 3747 146TH STREET, TUKWILA, WASHINGTON, KING COUNTY PARCEL NUMBER 004000-0911, and<br><br>REAL PROPERTY LOCATED AT 3754 175th STREET, SEATAC, WASHINGTON, KING COUNTY PARCEL NUMBER 538100-0439,<br><br>Defendants. | NO.<br><br>**NOTICE OF COMPLAINT FOR FORFEITURE <u>IN REM</u>** |

U.S. v. 14420 TUKWILA INTERNTIONAL BLVD., ET AL.
NOTICE OF COMPLAINT FOR FORFEITURE *IN REM* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

N K Saroya, L.L.C.
c/o Kulwinder Saroya, registered service agent
3754 S. 175th Street
Seatac, WA 98168

Pacific City Bank
SBA Department
3701 Wilshire Blvd., #310
Los Angeles, CA 90010

Jaspal & Puar, L.L.C.
c/o Lakhvir Singh
14440 International Blvd.
Tukwila, WA 98168

CityBank
Financial Center Branch
P.O. Box 97007
Lynnwood, WA 98046-9707

M. Jaspa Company, LLC
c/o Jaspal Singh
3747 S. 146th St.
Tukwila, WA 98168

Center Bank
Note Center
3435 Wilshire Blvd.,
Los Angeles, CA 9001

Whidbey Island Bank
Corporate Headquarters
450 SW Bayshore Drive
Oak Harbor, WA 98277

Kulwinder Saroya,
a married man, as his own separate estate
3754 South 175th Street
Seatac, WA 98188

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Mortgage Electronic Registration System, Inc.
  Nominee for JP Morgan Chase
P.O. Box 2026 Flint,
MI 48501-2026

JP Morgan Chase Bank, N.A.
c/o CT Corporation System
1801 W. Bay Drive NW, Suite 206
Olympia, WA 98502

A civil complaint seeking forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(7) for violations of 21 U.S.C. §§ 856(a)(2) (Maintaining a Drug Involved Premises) and 841(a)(1) (Distribution of Controlled Substances); pursuant to the provisions of 18 U.S.C. 981(a)(1)(A) for violations of 18 U.S.C. §§ 1956(a)(1)(B)(i) (Concealment Money Laundering) and 1956(a)(1)(A)(i) (Promotional Money Laundering) was filed on August 27, 2013, in the United States District Court for the Western District of Washington, by Assistant United States Attorney Richard E. Cohen, on behalf of the United States of America, Plaintiff, against the above-captioned defendant properties. The complaint alleges that the defendant properties may, for the causes stated in the complaint, be forfeited to the United States.

In order to avoid forfeiture of the defendant properties, any person claiming an interest in the defendant properties must file a statement of interest or right in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, except that such claim must be filed not later than <u>35 days</u> after the date of service of the complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint. In addition, any person having filed such a claim shall also file an answer to the complaint not later than <u>20 days</u> after the filing of the claim.

Supplemental Rule G(5)(a) provides in pertinent part: "(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must: (A) identify the specific property claimed;

U.S. v. 14420 TUKWILA INTERNTIONAL BLVD., ET AL.
NOTICE OF COMPLAINT FOR FORFEITURE *IN REM* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney...." Supplemental Rule G(5)(b) continues: "A claimant must serve and file an answer to the complaint or a motion under Rule 12 within 20 days after filing the claim."

Claims should be filed with the Office of the Clerk, United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, Washington 98101, and a copy should be served on the United States Attorney's Office, Attention: Richard E. Cohen, Asset Forfeiture Unit, 700 Stewart Street, Suite 5220, Seattle, Washington, 98101-1271.

Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983.

DATED this 26th day of August, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

*Attorney for Plaintiff United States*

U.S. v. 14420 TUKWILA INTERNTIONAL BLVD., ET AL.
NOTICE OF COMPLAINT FOR FORFEITURE *IN REM* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970