1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT 14420 TUKWILA INTERNATIONAL BOULEVARD, TUKWILA, WASHINGTON, KING COUNTY PARCEL NUMBER 004000-0175, *et al.*<br><br>Defendants. | NO.<br><br>LIS PENDENS<br><br>Real property located at 14420 Tukwila International Boulevard, Tukwila, Washington, King County Parcel Number 004000-0175<br><br>(Titled in the name of N K Saroya, LLC) |

NOTICE IS HEREBY GIVEN that the United States of America has brought an action in the United States District Court for the Western District of Washington seeking to forfeit the real property located at 14420 Tukwila International Boulevard, Tukwila, Washington, King County parcel number 004000-0175, also commonly known as the Great Bear Motor Inn, together with its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as:

> THAT PORTION OF LOTS 12 AND 13, BLOCK 2 ADAMS HOME TRACTS, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 11 OF PLATS, PAGE 31, IN KING COUNTY, WASHINGTON, LYING EAST OF STATE ROAD NO 1, NORTH OF A LINE 25 FEET NORTH OF AND PARALLEL WITH THE SOUTH LINE

U.S. v. 14420 TUKWILA INTERNTIONAL BLVD., AL.
LIS PENDENS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:13-cv-01532-JCC   Document 3   Filed 08/27/13   Page 2 of 2

OF SAID LOTS AND SOUTH OF A LINE 125 FEET NORTH OF AND PARALLEL WITH THE SOUTH LINE OF LOT 13, AND

THE SOUTH 125 FEET OF THE WEST 60 FEET OF LOT 14, BLOCK 2, ADAMS HOME TRACTS, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 11 OF PLATS, PAGE 31, IN KING COUNTY, WASHINGTON;

pursuant to 21 U.S.C. § 881(a)(7) for violation of 21 U.S.C. § 856(a)(2) (Maintaining a Drug Premises) and 841(a)(1) (Distribution of Controlled Substances), and pursuant to 18 U.S.C. 981(a)(1)(A) for violation of 18 U.S.C.§§ 1956(a)(1)(B)(i) (Concealment Money Laundering) and 1956(a)(1)(A)(i) (Promotional Money Laundering).

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington 98101.

DATED this 26th day of August, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

*Attorney for Plaintiff United States*

LIS PENDENS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970